**Fill in this information to identify the case:**

Debtor name: **INFRA Technology LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **Greenbank** | **Checking** | **4592** | **$5.96** |
| 3.2. **Chase Bank** | **Checking** | **7386** | **$586.97** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**    $592.93
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | **Rent security deposit. Principal RE Holdings** | **$9,818.96** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor   **INFRA Technology LLC**  Case number *(If known)* _____
         Name

|  |  |  |
|---|---|---:|
| 8.1. | **HYSYS license, Aspen Technology** | $24,045.32 |

| 9. | **Total of Part 2.** | $33,864.28 |
|----|---|---:|
|    | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                            page 2

| Debtor | **INFRA Technology LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|---|
| 55.1. | **modular GTL plant (CONSTRUCTION IN PROGRESS) on 5.25 acres tract of land at 7391 US-59 Hwy, Wharton, TX 77488 At cost, no depreciation recorded.** | | **$0.00** | Appraisal | **$1,947,127.40** |

56. **Total of Part 9.**  $1,947,127.40
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

| | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities**<br>**Workers' Comp Insurance - Texas Mutual Insurance Company, 6210 E Highway 290, Austin, TX 78723-1098. Contact: ph (800) 859-5995, fax (512) 224-3090.  Policy number 0001279451. Agent: Kingsbury Insurance Agency Inc., 2050 North Loop W Set 110, Houston, TX 77018, Jacqueline Kingsbury, ph. (713) 682-8600, fax (713) 682-8610** | **$0.00** |

Debtor  **INFRA Technology LLC**  Case number *(If known)*
Name

| | |
|---|---:|
| **Medical insurance, Blue Cross Blue Shield of Texas - Health Care Service Corporation, PO Box 731428, Dallas, TX 75373-1428. Contact: ph. (800) 445-2227. Account 166811. Profile 0000564546.** | $0.00 |
| **Dental and vision insurance - Humana Insurance Co., PO Box 3024, Milwaukee, WI 53201-3024. Contact: ph. (800) 232-2006. Billing ID 863716-001** | $0.00 |

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor     **INFRA Technology LLC**                                         Case number *(If known)*
           Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $592.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $33,864.28 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $1,947,127.40 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $34,457.21   + 91b. | $1,947,127.40 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,981,584.61 |

**Fill in this information to identify the case:**

Debtor name: **INFRA Technology LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **American Welding Services**<br>Creditor's Name<br><br>**8244 Harborside Dr.**<br>**Galveston, TX 77554**<br>Creditor's mailing address<br><br>**jbrar@fbfog.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/25/2017**<br>Last 4 digits of account number **6300**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Modular GTL plant and land at 7391 US-59 Hwy, Wharton, TX 77488**<br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $1,940,400.68 | $18,781,042.70 |
| **2.2** **CleanCo Systems**<br>Creditor's Name<br><br>**P.O. Box 1569**<br>**Channelview, TX 77530**<br>Creditor's mailing address<br><br>**ar@cleancosystems.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**03/15/2018**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Modular GTL plant and land at 7391 US-59 Hwy, Wharton, TX 77488**<br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | $18,672.40 | $18,781,042.70 |

Official Form 206D  Schedule D: Creditors Who Have Claims Secured by Property  page 1 of 2

| Debtor | INFRA Technology LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

☒ No  
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent  
☐ Unliquidated  
☒ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,959,073.08

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jas Brar**<br>**2 Houston Center**<br>**909 Fannin, Suite 1640**<br>**Houston, TX 77010** | Line  2.1 | |

**Fill in this information to identify the case:**

Debtor name: **INFRA Technology LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Dmitrii Popov**<br>**5280 Caroline St.**<br>**Apt. 907**<br>**Houston, TX 77004**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Accumulated PTO, Contract Obligations**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | **$42,586.82** | **$12,850.00** |
| 2.2 | Priority creditor's name and mailing address<br>**Huseyin Turanli**<br>**5454 Newcastle St, Apt. 1220**<br>**Houston, TX 77081**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Accumulated PTO**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | | **$2,436.68** | **$2,436.68** |

Debtor  **INFRA Technology LLC**        Case number (if known) _____
        Name

| 2.3 | Priority creditor's name and mailing address<br>**Jack Haynie**<br>**3826 Antibes Lane**<br>**Houston, TX 77082** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,416.11 | $2,416.11 |

Date or dates debt was incurred

Basis for the claim: **Accumulated PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address<br>**Nicholas Boyd**<br>**9720 Broadway St, Apt. 1534**<br>**Pearland, TX 77584** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,160.71 | $3,160.71 |

Date or dates debt was incurred

Basis for the claim: **Accumulated PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address<br>**Pablo Rendon**<br>**9314 Drewberry**<br>**Houston, TX 77080** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $175.00 | $175.00 |

Date or dates debt was incurred

Basis for the claim: **Accumulated PTO**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address<br>**Allstar Sanitation Services**<br>**PO Box 1090**<br>**El Campo, TX 77437** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,786.00 |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Rental Equipment**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>**Ann Harris Bennett**<br>**PO Box 3547**<br>**Houston, TX 77253-3547** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,180.69 |

Date(s) debt was incurred  **10/30/2018**
Last 4 digits of account number  **2930**

Basis for the claim:  **Tax**

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **INFRA Technology LLC**                              Case number (if known) _____
         Name

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Apache Industrial Services**<br>**250 Assay St. Suite 500**<br>**Houston, TX 77044**<br><br>Date(s) debt was incurred  **10/30/2018**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Parts & Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$9,539.12** |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Aspen Technology**<br>**PO Box 347374**<br>**Pittsburgh, PA 15251-4374**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$41,220.52** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Blue Cross Blue Shield of Texas**<br>**P.O. Box 731428**<br>**Dallas, TX 75373-1428**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **For notice purpose**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Carey Boiler Works**<br>**616 Hepburn St.**<br>**Williamsport, PA 17701**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Rental Equipment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$17,000.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Cintas**<br>**6707 W. Sam Houston Prwy N**<br>**Houston, TX 77041**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$400.86** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**City of Wharton**<br>**120 E Caney St.**<br>**Wharton, TX 77488**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Water & Garbage;**<br>**For notice purpose**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Cook Compression**<br>**11951 N Spectrum Blvd**<br>**Houston, TX 77047**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Parts & Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$5,347.98** |

Debtor  **INFRA Technology LLC**                                    Case number (if known)
        Name

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Cross Roads Oil Field Supply**<br>**PO Box 1546**<br>**El Campo, TX 77437**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Parts & Services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $9,133.32 |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Crystal Clean**<br>**13621 Collections Center Drive**<br>**Chicago, IL 60693-0136**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Parts & Services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,880.88 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Culligan**<br>**5450 Guhn Road**<br>**Houston, TX 77040**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Rental Equipment**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $4,187.84 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Enterprise Products**<br>**P.O. Box 4324**<br>**Houston, TX 77210-4324**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utilities**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $87,334.42 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**GBSM Service and Management**<br>**14303 Hartshill Dr**<br>**Houston, TX 77044**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $15,600.00 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Grace Utley, TAC**<br>**P.O. Box 189**<br>**Wharton, TX 77488**<br><br>Date(s) debt was incurred  **11/2/2018**<br>Last 4 digits of account number  **4403** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Tax**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $4,519.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**H&E Equipment Services, Inc.**<br>**502 FM 359 Road South**<br>**Brookshire, TX 77423-9005**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **1229** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Rental Equipment**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $37,883.21 |

Debtor  **INFRA Technology LLC**                                                            Case number (if known) _____
         Name

| 3.17 | **Nonpriority creditor's name and mailing address**<br>Haldor Topsoe<br>17629 El Camino Real, Suite 300<br>Houston, TX 77058 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>Hoerbiger Service Inc.<br>1191 East Newport Center Drive, Ste 210<br>Deerfield Beach, FL 33442 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,221.28 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Parts & Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>Humana Insurance Co.<br>P.O. Box 3024<br>Milwaukee, WI 53201-3024 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **For notice purpose**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>INFRA XTL Technology LTD<br>Riga Feraiou, 2, Limassol Center<br>Block B, 6th Floor, Office 601<br>P.C. 3095, Limassol, Cyprus | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,660,755.53 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Loans**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>Innovation Safety Solutions<br>P.O. Box 110<br>La Marque, TX 77568 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>Instrumart<br>35 Green Mountain Drive<br>South Burlington, VT 05403 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $860.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Parts & Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>IRS<br>Centralized Insolvency Operati<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **For Notice Purposes**<br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor  **INFRA Technology LLC**  Case number (if known)
         Name

| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Lightning Bold & Supply Inc**<br>**211 West Harris Avenue**<br>**Pasadena, TX 77506**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Parts & Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $4,931.28 |
|---|---|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Logix**<br>**P.O. Box 734120**<br>**Dallas, TX 75373-4120**<br><br>Date(s) debt was incurred  **1/14/2019**<br>Last 4 digits of account number  **2893** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $868.15 |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Martin Electric Co. Inc**<br>**1504 W Jackson Street**<br>**El Campo, TX 77437**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Parts & Services**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $600.00 |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**MidAmerican Energy Services**<br>**P.O. Box 8019**<br>**Davenport, IA 52808-8019**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number  **6655** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utilities**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,145.62 |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Mobile Modular Portable Stroage**<br>**P.O. Box 45043**<br>**San Francisco, CA 94145-5043**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Rental Equipment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,477.79 |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Nalco Company**<br>**1601 W Diehl Road**<br>**Naperville, IL 60563**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Rental Equipment**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $5,691.45 |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**NetWolves**<br>**4710 Eisenhower Blvd.**<br>**Suite E-8**<br>**Tampa, FL 33634-6336**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utilities**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,630.20 |

Debtor  INFRA Technology LLC                                    Case number (if known)
        Name

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Oak, Hartline & Daly**<br>**2323 S. Shepherd, 14th Floor**<br>**Houston, TX 77019**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $875.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Praxair**<br>**P.O. Box 120812**<br>**Dallas, TX 75312-0812**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $33,595.13<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Utilities__<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Quincy Compressor**<br>**701 North Dobson Avenue**<br>**Bay Minette, AL 36507**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $4,400.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Parts & Services__<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**RW Smith**<br>**3030 Greens Road**<br>**Houston, TX 77032**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $342.80<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Satellite Shelters**<br>**18500 Van Rd.**<br>**Houston, TX 77049-1324**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $7,503.41<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Rental Equipment__<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Saybolt LP**<br>**201 Deerwood Glen Drive**<br>**Deer Park, TX 77536**<br><br>Date(s) debt was incurred __11/19/2018__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $5,565.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Services__<br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Sun Coast Resources**<br>**6405 Cavalcade Bldg 1**<br>**Houston, TX 77026**<br><br>Date(s) debt was incurred __11/19/2018__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*  $535.25<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Parts & Services__<br>Is the claim subject to offset?  ■ No  ☐ Yes |

Debtor  **INFRA Technology LLC**                                      Case number (if known)
        Name

| | | |
|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Terminix**<br>**4407 Halik Street, Suite E500**<br>**Pearland, TX 77581**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $893.06 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Texas Mutual Insurance Company**<br>**6210 E Highway 290**<br>**Austin, TX 78723-1098**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **For notice purpose**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Timeline Logistics**<br>**P.O. Box 131483**<br>**Houston, TX 77219**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $360.00 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Turner Stone & Company**<br>**12700 Park Central Drive, Suite 1400**<br>**Dallas, TX 75251**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $19,135.26 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**ULine**<br>**12575 Uline Drive**<br>**Pleasant Prairie, WI 53158**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  **3989** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $653.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**United Rentals**<br>**101 Old Underwood Rd., Bldg**<br>**La Porte, TX 77571**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  **4530** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Rental Equipment**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $11,448.91 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Vcorp**<br>**25 Robert Pitt Dr., Suite 205**<br>**Monsey, NY 10952**<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Services**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $190.00 |

Debtor  **INFRA Technology LLC**                                    Case number (if known)
         Name

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,695.00 |
| --- | --- | --- | --- |
| | Wastewater Transport Services<br>826 Linger Ln<br>Austin, TX 78721 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Parts & Services | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $186,888.25 |
| --- | --- | --- | --- |
| | Wharton County Tax Office<br>P.O. Box 189<br>Wharton, TX 77488 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 11/26/2018 | **Basis for the claim:** Tax | |
| | Last 4 digits of account number 5900 | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,886.57 |
| --- | --- | --- | --- |
| | Williams Scotsman<br>142 West Hardy Road<br>Houston, TX 77060-4615 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** Rental Equipment | |
| | Last 4 digits of account number 7024 | Is the claim subject to offset?  ■ No  ☐ Yes | |

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. $ | 50,775.32 |
| **5b. Total claims from Part 2** | 5b. + $ | 11,234,661.78 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 11,285,437.10 |

**Fill in this information to identify the case:**

Debtor name: **INFRA Technology LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll service agreement** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **ADP** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **107 HP (3,692 lb/hr steam), 650 psi design pressure, natural gas fired portable boiler; Started August 2017, $17,000 per month. Stopped rent/payments in December 2018.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carey Boiler Works<br>616 Hepburn St.<br>Williamsport, PA 17701** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Internet services, cable, and equipment** | |
| | State the term remaining | **27 months** | |
| | List the contract number of any government contract | | **NetWolves<br>4710 Eisenhower Blvd.<br>Suite E-8<br>Tampa, FL 33634-6336** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Regus office agreement** | |
| | State the term remaining | **7/31/2019** | |
| | List the contract number of any government contract | | **Regus** |

| Debtor 1 | INFRA Technology LLC | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | **Additional Page if You Have More Contracts or Leases** |
|---|---|

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**Fill in this information to identify the case:**

Debtor name: **INFRA Technology LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                 *Column 2:* **Creditor**

|     | Name | Mailing Address | Name | Check all schedules that apply: |
|-----|------|-----------------|------|----------------------------------|
| 2.1 |      | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.2 |      | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.3 |      | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |
| 2.4 |      | Street / City State Zip Code | | ☐ D  ☐ E/F  ☐ G |