

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/01/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INFRA TECHNOLOGY, LLC | § | CASE NO. 19-31444 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE EDUARDO V. RODRIGUEZ |

**ORDER GRANTING TRUSTEE'S MOTION FOR ENTRY OF AN ORDER: (a) APPROVING AUCTIONEER RETENTION; (b) APPROVING CONDUCT OF AUCTION SALE OF REAL and PERSONAL PROPERTY; and (c) SCHEDULING SALE APPROVAL HEARING**

(Docket # __16__)

CAME ON for consideration the above-titled motion (the "Motion")[1]. The Court finds that the notice of the Motion is sufficient under the circumstances; the requested relief is appropriate; and that the auction procedures provided for are reasonable and consistent with the proper exercise of the Trustee's business judgment. Accordingly, it is

**ORDERED THAT:**

1. The Trustee is hereby authorized to employ Tranzon Asset Advisors of Texas, LLC, on the terms and conditions set forth in the Agency Agreement attached to the Motion.

2. An online auction of the Property will be conducted on May 13, 2019, commencing at 3:00 p.m., EST and continue until May 15, 2019 at 3:00 p.m., EST (the "Auction"), subject to the Bid Procedures attached as Exhibit B to the Motion, which are hereby APPROVED.

3. The Property is to be sold (a) free and clear of all liens and claims, with the same attaching to the proceeds of sale in the same order, priority and validity as existed on the Petition Date pursuant to 11 U.S.C. § 363(b) and (f); and (b) on an "AS IS WHERE IS" basis, with no representations or warranties of any kind, express or implied, including, but not limited to, merchantability or fitness for a particular purpose.

---

[1] Capitalize terms not defined herein shall have the meanings set forth in the Motion.

4. A Sale Hearing approval shall be conducted on the **28th** day of **May**, 2019, at **2:30** a.m./p.m., 515 Rusk, 4th Floor, Courtroom 401, Houston, Texas 77002 before the Honorable Eduardo V. Rodriguez US Bankruptcy Judge for the Southern District of Texas. Any objection to the sale of the Property must be filed no later than the **21st** day of **May**, 2019, at **5:00** a.m./p.m.

Signed: April 1, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge