### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INFRA TECHNOLOGY, LLC | § | CASE NO. 19-31444 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE EDUARDO V. RODRIGUEZ |

### NOTICE OF INTENT TO ABANDON

**IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN 14 DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.**

In accordance with Bankruptcy Rule 6007 and pursuant to 11 U.S.C. §554(a), notice is hereby given that Eva S. Engelhart, Trustee of the above referenced bankruptcy estate, intends to and will abandon the estate's interest in the following:

All personal property located at Unit #E055, Public Storage, 6615 South Gessner Road, Houston, Texas 77036, including, but not limited to, paper records, computer monitors, office safe and oil products.

The foregoing holds no value for the bankruptcy estate and should be abandoned.

Dated: April 8, 2019.

Respectfully submitted,

*/s/ Marc Douglas Myers*

_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

### CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, a true and correct copy of the foregoing was sent via regular US mail to the Debtor(s), counsel for the Debtor(s), the Trustee, counsel for the Trustee, the US Trustee, all creditors and all persons requesting notice as set forth below unless otherwise served by the CM-ECF system.

*/s/ Marc Douglas Myers*

_____

Marc Douglas Myers

INFRA Technology LLC
1980 Post Oak Blvd., Suite 1500
Houston, TX 77056-3845

ADP
undeliverable

Allstar Sanitation Services
PO Box 1090
El Campo, TX 77437-1090

American Welding Services
8244 Harborside Dr.
Galveston, TX 77554-7199

Ann Harris Bennett
PO Box 3547
Houston, TX 77253-3547

Apache Industrial Services
250 Assay St. Suite 500
Houston, TX 77044-3507

Aspen Technology
PO Box 347374
Pittsburgh, PA 15251-4374

Blue Cross Blue Shield of Texas
P.O. Box 731428
Dallas, TX 75373-1428

Carey Boiler Works
616 Hepburn St.
Williamsport, PA 17701-5007

Cintas
6707 W. Sam Houston Prwy N
Houston, TX 77041-4099

City of Wharton
120 E Caney St.
Wharton, TX 77488-5006

CleanCo Systems
P.O. Box 1569
Channelview, TX 77530-1569

Cook Compression
11951 N Spectrum Blvd
Houston, TX 77047-7803

Cross Roads Oil Field Supply
PO Box 1546
El Campo, TX 77437-1546

Crystal Clean
13621 Collections Center Drive
Chicago, IL 60693-0136

Culligan
5450 Guhn Road
Houston, TX 77040-6211

Dmitrii Popov
5280 Caroline St., Apt. 907
Houston, TX 77004-5883

Enterprise Products
P.O. Box 4324
Houston, TX 77210-4324

GBSM Service and Management
14303 Hartshill Dr
Houston, TX 77044-5067

Grace Utley, TAC
P.O. Box 189
Wharton, TX 77488-0189

H&E Equipment Services, Inc.
502 FM 359 Road South
Brookshire, TX 77423-9005

Haldor Topsoe
17629 El Camino Real, Suite 300
Houston, TX 77058-3076

Hoerbiger Service Inc.
1191 East Newport Center Drive, Ste 210
Deerfield Beach, FL 33442-7708

Humana Insurance Co.
P.O. Box 3024
Milwaukee, WI 53201-3024

Huseyin Turanli
5454 Newcastle St, Apt. 1220
Houston, TX 77081-2263

INFRA XTL Technology LTD
Riga Feraiou, 2, Limassol Center
Block B, 6th Floor, Office 601
P.C. 3095, Limassol, Cyprus

IRS
Centralized Insolvency Operati
PO Box 7346
Philadelphia, PA 19101-7346

Innovation Safety Solutions
P.O. Box 110
La Marque, TX 77568-0110

Instrumart
35 Green Mountain Drive
South Burlington, VT 05403-7824

Jack Haynie
3826 Antibes Lane
Houston, TX 77082-3138

Jas Brar
2 Houston Center
909 Fannin, Suite 1640
Houston, TX 77010-1018

Lightning Bold & Supply Inc
211 West Harris Avenue
Pasadena, TX 77506-3411

Logix
P.O. Box 734120
Dallas, TX 75373-4120

Martin Electric Co. Inc
1504 W Jackson Street
El Campo, TX 77437-9310

MidAmerican Energy Services
P.O. Box 8019
Davenport, IA 52808-9900

Mobile Modular Portable Stroage
P.O. Box 45043
San Francisco, CA 94145-5043

Nalco Company
1601 W Diehl Road
Naperville, IL 60563-1198

NetWolves
4710 Eisenhower Blvd., Suite E-8
Tampa, FL 33634-6336

Nicholas Boyd
9720 Broadway St, Apt. 1534
Pearland, TX 77584-8747

Oak, Harfile & Daly
2323 S. Shepherd, 14th Floor
Houston, TX 77019-7024

Pablo Rendon
9314 Drewberry
Houston, TX 77080-2938

Praxair
P.O. Box 120812
Dallas, TX 75312-0812

Quincy Compressor
701 North Dobson Avenue
Bay Minette, AL 36507-3199

RW Smith
3030 Greens Road
Houston, TX 77032-2204

Regus
undeliverable

Satellite Shelters
18500 Van Rd.
Houston, TX 77049-1324

Sayboh LP
201 Deerwood Glen Drive
Deer Park, TX 77536-3270

Sun Coast Resources
6405 Cavalcade Bldg 1
Houston, TX 77026-4315

Terminix
4407 Halik Street, Suite E500
Pearland, TX 77581-1901

Texas Mutual Insurance Company
6210 E Highway 290
Austin, TX 78723-1098

Timeline Logistics
P.O. Box 131483
Houston, TX 77219-1483

Turner Stone & Company
12700 Park Central Drive, Suite 1400
Dallas, TX 75251-1507

ULine
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

US Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002-2604

United Rentals
101 Old Underwood Rd., Bldg
La Porte, TX 77571-9480

Vcorp
25 Robert Pitt Dr., Suite 205
Monsey, NY 10952-3366

Wastewater Transport Services
826 Linger Ln
Austin, TX 78721-3650

Wharton County Tax Office
P.O. Box 189
Wharton, TX 77488-0189

Williams Scotsman
142 West Hardy Road
Houston, TX 77060-4615

Eva S Engelhart
7700 San Felipe, Suite 550
Houston, TX 77063-1618

Megan M Adeyemo
2200 Ross Avenue, Suite 4100