## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:                                              Case No. 19-31444

INFRA TECHNOLOGY LLC                                Chapter 7

  Debtor.

## WHARTON COUNTY'S RESPONSE TO TRUSTEE'S MOTION FOR TAX DETERMINATION OF TAX LIABILITY PURSUANT TO 11 U.S.C §505

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

      NOW COMES, Wharton County and responds to the Trustee's Motion for Tax Determination of Tax Liability Pursuant to 11 U.S.C. §505 (hereinafter "Motion") and in support thereof would respectfully show the Court as follows:

1. Wharton County is a political subdivision of the State of Texas.

2. The property is Infra Technologies (hereinafter "Subject Property") located in Wharton County.

3. The Subject Property is identified by Wharton County Appraisal District as property identification number R075900.

4. The Subject Property's situs is HWY 59 Wharton County, Texas.

5. The Subject Property's legal description is BLOCK 1 LOT 1.

6. The assessed value of the Subject Property for tax year 2019 is $11,886,300.  See Exhibit A.

7. There are property taxes for tax year 2018-2019 on the Debtor's property located in Wharton County, Texas in the aggregated estimated amount of $419.542.37. These property taxes have been duly assessed and constitute a valid, liquidated secured claim against the Debtor's property and are entitled to priority over other secured claims under 11 U.S.C. § 506.

8. Wharton County's claim is secured by unavoidable, perfected, first priority liens on

**WHARTON COUNTY'S RESPONSE TO TRUSTEE**                    **Page 1 of 5**

the Debtors' real property pursuant to Texas Tax Code Sections 32.01 and 32.05 and 11 U.S.C. Section 362(b)(18). 11 U.S.C. Section 362(b)(18) permits the post-petition attachment of ad valorem property tax liens. Texas Tax Code Section 32.01 provides:

a) On January 1 of each year, a tax lien attaches to property to secure the payment of all taxes, penalties, and interest ultimately imposed for the year on the property, whether or not the taxes are imposed in the year the lien attaches. The lien exists in favor of each taxing unit having power to tax the property.

b) A tax lien on inventory, furniture, equipment, or other personal property is a lien *in solido* and attaches to all inventory, furniture, equipment, and other personal property that the property owner owns on January 1 of the year the lien attaches or that the property owner subsequently acquires.

...

c) The lien under this section is perfected on attachment and ... perfection requires no further action by the taxing unit.

Texas Tax Code Section 32.05 provides:

d)... a tax lien provided by this chapter takes priority over the claim of any creditor of a person whose property is encumbered by the lien and over the claim of any holder of a lien on property encumbered by the tax lien, whether or not the debt or lien existed before attachment of the tax lien.

9. The Trustee seeks relief from the Court to determine the tax value and/or tax liability for the 2019 tax year.

10. The Subject Property is a gas to liquid "GTL" plant, built with the intent to be used to produce commercial product.  See Exhibit B, email correspondence of Dmitry Popov, VP Commercial for Debtor.   Mr. Popov's statement is in direct contradiction of the Trustee's characterization of the property in Paragraph 6 of his Motion.

11.  Chapters 41 of the Texas Property Tax Code set forth the various procedures and timetables for compliance with a tax protest. Chapter 42 of the Texas Property Tax Code set forth the various procedures and timetables for any appeal to the district court of a decision of the Appraisal Review Board. In addition to these provisions, Section 25.25 of the Texas Property Tax Code provides further potential relief to a contesting taxpayer.

12.  The Trustee has had the opportunity to file protest, pursuant to the Texas Property Tax Code Chapter 41. Wharton County asserts that the Trustee should be required to proceed under the processes available pursuant to applicable non-bankruptcy law to contest the 2019 ad valorem tax value.

13.  "Once a debtor files for bankruptcy, it must manage and operate its property according to the requirements of valid non-bankruptcy law just as would an owner of that property out of bankruptcy."  In *Re Village at Oakwell Farms, Ltd., 428 B.R. 372, 375* (Bankr. W.D. Tex. 2010). Here, it seems most appropriate that the trustee proceed with the systems already in place for determining this year's tax liability, rather than substituting this court for that process. *Id.*

14.  Congress indicated its intent that the filing of a bankruptcy should not interfere with the ordinary assessment of taxes when it excepted such matters from the effects of the automatic stay pursuant to 11 U.S.C. §§ 362(b)(9) and (b)(18). Chapter 41 and 42 affords the Trustee the appropriate statutory avenue to address his market value claims.

15.  More specifically, through the Tax Injunction Act, all federal courts are prohibited from "enjoining, suspending or restraining the assessment, levy or collection of any tax under state law" if the state otherwise has a speedy and efficient procedure for resolution of tax disputes. 28 U.S.C § 1341.

16.  In the current case, the Debtor entered into an agreement pursuant to Section 1.111(e) of the Texas Property Tax Code for tax year 2018, on the Subject Property Debtor describes as a gas to liquid "GTL" plant, built with the intent to be used to produce product for commercial product, with the Wharton County Appraisal District. See Exhibit C, Settlement and Waiver Agreement.  Section 1.111(e) states that an

agreement between a property owner or the owner's agent and the chief appraiser is final if the agreement relates to a matter:

(1) which may be protested to the appraisal review board or on which a protest has been filed but not determined by the board; or

(2) which may be corrected under Section 25.25 or on which a motion for correction under that section has been filed but not determined by the board.

17. The Debtor's 2018 agreement to an appraised value, for the Subject Property $8,759,745 is final. The Trustee has a pending protest for the 2019 value of $11,886,300. Debtor, or in this case, the Trustee, will be afforded the opportunity to present evidence and testimony regarding the value. After the protest hearing, a determination of value will be made. The Trustee states in its motion that the debtors obtained an appraisal in November 2018 and that the Subject Property was valued between $400,000 and $1,700,000. Upon information and belief, if documentation of this appraisal is provided to the Wharton County Appraisal District, this appraisal can be taken under consideration in determining the 2019 value.

18. Otherwise, since no information has been provided, at this point in time, to substantiate the Trustee's assertions, Wharton County must reply that they are confident that the methods used to determine their taxable values are the proper standard methods the appraisal districts are required to use under Texas law, and that therefore the values on which their taxes are predicated are accurate. Alternatively, the Respondent requests that the Trustee and the Appraisal Review Board have the opportunity to reach an agreement using the appraisal obtained by the Debtors.

19. There has also been no assertion by the Trustee that the administrative review procedures available under applicable non-bankruptcy law, and the local courts, cannot provide the relief requested.

WHEREFORE, under the facts presented, the Court should require the Trustee to pursue statutory relief afforded by the Texas Property Tax Code, and deny the relief requested in this Motion for Determination of Tax Liability.

Dated: June 9, 2019

Respectfully submitted,

**McCREARY, VESELKA, BRAGG & ALLEN, P.C.**

*/s/Tara LeDay*
**Tara LeDay**
*Attorney for Wharton County*
P.O. Box 1269
Round Rock, TX  78680
Phone: (512) 323-3200
Fax: (512) 323-3205
*/s/ Tara LeDay*
Tara LeDay TX 24106701
Phone: (512) 323-3241
Email: tleday@mvbalaw.com

# Exhibit A

## Ownership Information

INFRA XTL TECHNOLOGY LLC
2323 S SHEPHERD DR #1106
HOUSTON TX 77019

## Property Information

INFRA TECHNOLOGY
BLOCK 1 LOT 1

SITUS: 7391 HWY 59     ACRES: 5.2604

**10688-001-001-00**

## Identification Information

| | | | Value | Juris / Exemptions / Deed / Map Info |
|---|---|---|---|---|
| **PID** : R074403 | **Impr** : | $0 | | **Juris** : SWH GWH JRC RD1 ED1 ED3 WDCB |
| **GEO** : 10688-001-001-00 | **Land** : | $157,812 | **Exm** : | |
| **Map Grid** : W | **Mkt** : | $157,812 | **Vol** : 1012 | |
| **Map Nbr** : W03 | **PLoss** : | $0 | **Page** : 695 | |
| | **Cap** : | $0 | **Xfer** : 02/09/2016 SPECIAL DEED | |
| | | | **Sale $** : $ 229,145 | |
| **Appr** : | $157,812 | | **Type** : CF | |

Undivided Interest: 1.0000000

## Neighborhood
COMMERCIAL

## Appraisal
02/14/2019    RR    INSPECT, WTR

## Account Codes
N/A

## Links
RD59900

## Notes

| Prcl. Tbl | HS Ag/R | Acres | SqFt | CPU Adj | Base Val Agd/V | Loc Fctr | Adj Val | UDI | Total Val Class | CPU | Prod Val | Other Land Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| F-04 | CAWH6 | 5.2604 | 229,143 | 30,000.00 | 157,812 | 1.00 | 157,812 | 1.00 | 157,812 | | | Street PAVED   Curb   Sdwk |
| | | | | | | | | | | | | Topo LEVEL   Fence |
| | | | | | | | | | | | | Other |

Total Acres   5.2604   Eff Acres 5.2604   Totals   157,812   157,812   157,812

**Permit Information**

| PID Tbl | Bldg Class | Blt | Eff Main SF | Psf Adj | Loc Fctr | Tot Price w/Features | Value UDI Imp Total |
|---|---|---|---|---|---|---|---|
| Description | Blt | Eff | HS | M | SqFt Type | Psf Adj | Tot Price w/Feature Cond Phys Func Econ Cmp% | Value |

| Frame | Ext Wall | Fnd | Roof | Rooting | Floor | HVAC | FirePl | Baths |
|---|---|---|---|---|---|---|---|---|

0417000010-0633530

## Ownership Information

INFRA TECHNOLOGIES
TAX DEPT
2323 SOUTH SHEPHERD DR
HOUSTON TX 77019

## Property Information

INFRA TECHNOLOGY
BLOCK 1 LOT 1 --IMP ONLY

SITUS: 7391 US 59 WHARTON    ACRES: 0.0000

## Identification Information

Undivided Interest:   1.0000000

| | |
|---|---|
| PID : | R075600 |
| GEO : | 0417000010-0633530 |
| Map/Grid : | W    Map Nbr : W01 |

## Account Codes

| | LANDRUM | Juris / Exemptions / Deed / Map Info |
|---|---|---|
| Impr : | $11,886,300 | Juris : SWH GWH JRC RD1 ED1 ED3 WDCB |
| Land : | $0 | Exm : |
| Mkt : | $11,886,300 | Vol : |
| PLoss : | $0 | Page : |
| Cap : | $0 | Xfer : |
| | | Sale $ : |
| Appr : | $11,886,300 | Type : |

## Agent

## Neighborhood

COMMERCIAL

## Appraisal

09/17/2019    MAX YU

| LTRKS | LANDRUM, WTR |
|---|---|
| RD4403 | |

## Notes

| HS Ag/R | Acres | SqFt | CPU Adj | Base Val | Adj | Loc Fctr | Adj Val | UD | Total Val | Class | CPU | Prod Val |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Total Acres   0.0000   Eff Acres  0.0000   Totals       0       0   1.00   0   0

| ID | Bldg Class | Blt | Eff | Main SF | Pst Adj | Loc Fctr | Tot Price w/Features | Value | UDI | Imp Total |
|---|---|---|---|---|---|---|---|---|---|---|

| Frame | Ext Wall | Fnd | Roof | Rooting | Floor | HVAC | FirePl | Baths |
|---|---|---|---|---|---|---|---|---|

| Descr | Description | Blt | Eff | HS | M | SqFt | Type | Pst Adj | Tot Price w/Feature | Cond | Phys | Func | Econ | Cmp% | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## Other Land Information

| Street | Curb | Sdwlk |
|---|---|---|
| Topo | Fence | |
| Other | | |

## Permit Information

# HUGH L. LANDRUM & ASSOCIATES, INC.

1110 NASA Parkway, Suite 400

Houston, Texas 77058

**Wharton County Appraisal District**

** REAL PROPERTY BREAKDOWN **

**BUSINESS NAME & MAILING ADDRESS:**

Infra Technologies

Attn: Tax Dept.

2323 South Shephard Drive

Houston, TX 77019

**REAL PROPERTY ACCOUNT #:**

R075900

**Location Address:**

Infra Technologies

7391 US-59, Wharton, TX 77488

**BREAKDOWN OF REAL PROPERTY LOCATED WITHIN THE CAD AS OF JANUARY 1, 2019**

| REAL PROPERTY | 2018 100% Value | 2019 100% Value |
|---|---|---|
| 1. Improvements | 8,759,745 | 11,886,300 |
| 2. Machinery & Equipment | 0 | 0 |
| 3. Construction in Progress | 0 | 0 |
| 4. New Construction | 0 | 0 |
| Total | 8,759,745 | 11,886,300 |

|  | 3,126,556 | 3,126,556 |

**\* \* \* \* DOES NOT INCLUDE LAND VALUE \* \* \* \* \***

Applied 10% obsolescence

Plant is mechanically complete

✳

_____

Signature of Appraiser

04/29/19

Date

_____

04/29/19

Inspection Date

**Jurisdiction Codes**

GWH, SWH, JRC, RD1, ESD1,

ESD2, Cons Groundwater

**HUGH L. LANDRUM ASSOCIATES, INC.**

Wharton County Appraisal District

INDUSTRIAL SUMMARY

**TAX YEAR:** 2019

INFRA TECHNOLOGIES

and related facilities

**Infra Technologies**

Infra Technologies
ATTN: TAX DEPT
2323 SOUTH SHEPHERD DR
HOUSTON, TX 77019

**INFRA TECHNOLOGIES**

7391 US 59
, TX

| Account Number | Property Description | Market Value |
|---|---|---|
| 0417000010-0633530 | Process Units | 11,835,540 |
| 0417000010-0633530 | Service Facilities | 50,750 |

**Total Improvements** 11,886,290

**Total Taxable in All Jurisdictions** 11,886,290

**INFRA TECHNOLOGIES Total Appraised Value** 11,886,290

# Appraisal Summary
## Appraisal Year: 2019

**INFRA TECHNOLOGIES**
7391 US 59
, TX

Infra Technologies
ATTN: TAX DEPT
2323 SOUTH SHEPHERD DR
HOUSTON, TX 77019

**Agent:**
**Agent Phone** n/a

**Appraiser:** Max Yu
**Date Inspected:** ##########

## Process Units

| | RCN | Life | Age | % Good | Svc Factor | Additions | Retirements | Market Value | Component Account |
|---|---|---|---|---|---|---|---|---|---|
| GTL Plant | 15,990,000 | 25 | 2.0000 | 93.62% | 0.7906 | 0 | 0 | 11,835,540 | 0417000001 0-0633530 |
| **Total Process Units** | **15,990,000** | | | | | **0** | | **11,835,540** | |

Taxable Value: 11,835,540

## Service Facilities

| | RCN | Life | Age | % Good | Svc Factor | Additions | Retirements | Market Value | Component Account |
|---|---|---|---|---|---|---|---|---|---|
| Fencing | 53,760 | 20 | 2.0000 | 94.40% | 1.0000 | 0 | 0 | 50,750 | 0417000001 0-0633530 |
| **Total Service Facilities** | **53,760** | | | | | **0** | **0** | **50,750** | |

Taxable Value: 50,750

| | | | | |
|---|---|---|---|---|
| **Total INFRA** **TECHNOLOGIES** | 16,043,760 | | 0 | 0 | 11,886,290 |

Taxable Value: 11,886,290

# Exhibit B

popov@infratechnology.com

**INFRA Technology LLC**
2323 South Shepherd Drive, Suite 1106, Houston, TX 77019
+1 (713) 300-2801
info@infratechnology.com
www.infratechnology.com

*Confidentiality Notice:*
The information transmitted in this electronic message, including any attached filed, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.

On Jul 11, 2018, at 8:35 AM, Max Yu <max@hughlandrum.com> wrote:

Good morning,

Attached is the informal settlement for Infra Technologies.

Whoever signs the form needs to print their name under "Agent Information"
Please check the correct box at the bottom half of the informal form and sign below.

Once I receive this form back from you, I will send you a signed copy for your records.
This will conclude the value hearing for 2018.

Please let me know if you have any additional questions.

Thank you,

*Max Yu*

Hugh L Landrum & Associates, Inc.
1110 Nasa Pkwy. Suite 400
Houston, TX  77058
(281) 549-6060 Office

4

(281) 549-6061 Fax

max@hughlandrum.com

This message and any files transmitted with it is intended solely for the designated recipient and may contain privileged, proprietary or otherwise private information. Unauthorized use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. If you have received it in error, please notify the sender immediately and delete the original and any attachments.

**From:** Pablo Rendon [mailto:rendon@infratechnology.com]
**Sent:** Tuesday, July 10, 2018 4:57 PM
**To:** Max Yu
**Cc:** Popov Dmitry
**Subject:** RE: Infra Tech Inspection.
**Importance:** High

Max,

After speaking with Dmitry, we would like to go ahead and agree to the value of ($8,759,745) we received from you. Let us know what the next step is for the informal settlement. Thanks.

Pablo Rendon
*Accountant*

☒
INFRA Technology LLC
2323 South Shepherd Drive, Suite 1106, Houston, TX 77019
+1 (713) 300-2801
Tel.: +1 (713) 300-2801 ext. 1005
Direct: +1 (346) 701-5243
rendon@infratechnology.com
info@infratechnology.com
☒ ☒ ☒ ☒ ☒
www.infratechnology.com

*Confidentiality Notice:*
The information transmitted in this electronic message, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.

**From:** Max Yu <max@hughlandrum.com>
**Sent:** Tuesday, June 12, 2018 12:14 PM
**To:** Pablo Rendon <rendon@infratechnology.com>
**Subject:** RE: Infra Tech Inspection.



**INFRA Technology LLC**
2323 South Shepherd Drive, Suite 1106, Houston, TX 77019
+1 (713) 300-2801
info@infratechnology.com
www.infratechnology.com

*Confidentiality Notice:*
The information transmitted in this electronic message, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.

**From:** Max Yu <max@hughlandrum.com>
**Sent:** Tuesday, June 12, 2018 9:57 AM
**To:** Pablo Rendon <rendon@infratechnology.com>
**Subject:** RE: Infra Tech Inspection.

Pablo,

<mark>I am willing to apply a 35% functional obsolescence due to the plant having start-up issues.</mark>
The assessed value will be $8,759,745.

*Max Yu*

Hugh L Landrum & Associates, Inc.
1110 Nasa Pkwy. Suite 400
Houston, TX 77058
(281) 549–6060 Office
(281) 549–6061 Fax
max@hughlandrum.com

This message and any files transmitted with it are intended solely for the designated recipient and may contain privileged, proprietary or otherwise private information. Unauthorized use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. If you have received it in error, please notify the sender immediately and delete the original and any attachments.

**From:** Pablo Rendon [mailto:rendon@infratechnology.com]
**Sent:** Tuesday, June 12, 2018 9:46 AM

7

**To:** Max Yu
**Subject:** RE: Infra Tech Inspection.

Max,

Thanks for you reply, Ill try and get this information to you. At this point right now what value do you give the plant? Thanks.

**Pablo Rendon**
*Accountant*

INFRA Technology LLC
2323 South Shephard Drive, Suite 1106, Houston, TX 77019

Tel.: +1 (713) 300-2801 ext. 1005
Direct: +1 (346) 701-5243
rendon@infratechnology.com

Tel.: +1 (713) 300-2801
info@infratechnology.com
www.infratechnology.com

*Confidentiality Notice:*
The information transmitted in this electronic message, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.

**From:** Max Yu <max@hughlandrum.com>
**Sent:** Tuesday, June 12, 2018 9:36 AM
**To:** Pablo Rendon <rendon@infratechnology.com>
**Subject:** RE: Infra Tech Inspection.

Good morning Mr. Rendon,

Thank you for getting in touch.

Mr. Popov stated that the plant is physically complete, but it seems like they are having issues with the start-up of the plant. We are assessing as of January 1st of this year so I am willing to add some functional obsolescence due to start up issues. If you could give me some information in regards to when the plant will actually be fully functional, I would greatly appreciate it. Also, is there any official documents showing the capacity of the plant?

Thank you,

8

**From:** Popov Dmitry
**Sent:** Monday, May 14, 2018 4:48 PM
**To:** Max Yu <max@hughlandrum.com>
**Cc:** Pablo Rendon <rendon@infratechnology.com>
**Subject:** Re: Infra Tech Inspection.

Dear Max,

The plant is still under Construction in Progress. It is no so much about adding more hardware, it is that the start-up will take several more months.

Best regards,

[x]

Dmitry Popov
*Director*

INFRA Technology LLC
2323 South Shepherd Drive, Suite 1106, Houston, TX 77019
Tel.: +1 (346) 201-5545
Mob.: +1 (832) 846-6015
popov@infratechnology.com
info@infratechnology.com
+1 (713) 300-2801
[x] [x] [x] [x] ▤
www.infratechnology.com

*Confidentially Notice:*
The information transmitted in this electronic message, including any attached files, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited.

On May 14, 2018, at 8:11 AM, Max Yu <max@hughlandrum.com> wrote:

Good morning Mr. Dmitry,

Last year value was under Construction in Progress.  When will this plant be operational?
Regarding Construction in Progress, what percent complete was the plant at as of January 1st of 2018?

Regards,

*Max Yu*

Hugh L Landrum & Associates, Inc.
1110 Nasa Pkwy. Suite 400
Houston, TX 77058

(281) 549-6060 Office
(281) 549-6061 Fax
max@hughlandrum.com

This message and any files transmitted with it is intended solely for the designated recipient and may contain privileged, proprietary or otherwise private information. Unauthorized use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. If you have received it in error, please notify the sender immediately and delete the original and any attachments.

**From:** Popov Dmitry [mailto:popov@infratechnology.com]
**Sent:** Sunday, May 13, 2018 3:29 PM
**To:** Max Yu
**Cc:** Pablo Rendon
**Subject:** Re: Infra Tech Inspection.

Dear Max,

Following your conversation with my colleague, Pablo Rendon, I would like to confirm that our plant still is not operational.

I would appreciate, therefore, if the property value assessment for this year remains the same. I would be glad to provide any further clarifications, as required.

Best regards,

Dmitry Popov
*Director*

Tel.: +1 (346) 201-5545
Mob.: +1 (832) 846-6015
popov@infratechnology.com

☒ INFRA Technology LLC
2323 South Shepherd Drive, Suite 1106, Houston, TX 77019

11

From: Popov Dmitry [mailto:popov@infratechnology.com]
Sent: Friday, April 07, 2017 5:03 PM

This message and any files transmitted with it is intended solely for the designated recipient and may contain privileged, proprietary or otherwise private information. Unauthorized use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. If you have received it in error, please notify the sender immediately and delete the original and any attachments.

max@hughlandrum.com
(281) 549-6061 Fax
(281) 549-6060 Office
Houston, TX  77058
1110 Nasa Pkwy. Suite 400
Hugh L. Landrum & Associates, Inc.

*Max Yu*

Thank you,

If you could get me the exacts numbers for both land improvements and the fencing I would greatly appreciate it.

Good morning Mr. Popov,

On Apr 10, 2017, at 8:49 AM, Max Yu <max@hughlandrum.com> wrote:

*Confidentiality Notice:*
The information transmitted in this electronic message, including any attached filed, may contain confidential and privileged information for the sole use of the intended recipient(s). Any review, u
distribution or disclosure by others is strictly prohibited.

www.infratechnology.com

info@infratechnology.com
+1 (713) 300-2801

**To:** Max Yu
**Subject:** Re: Infra Tech Inspection.

Dear Max,

Yes, your information about the plant is correct.

In response to your questions:

1) The intention is to produce the product for commercial sales.
2) The plant was not complete as of January 1st of 2017 and the total investment was approximately $15 million.
3) Yes, natural gas is piped into the plant.
4) There are no current plans to increase capacity.
5) Land improvements included ground stabilization, gas pipeline connection to the site, electricity connection to the site, water pipeline to the site at the total cost of approximately $250k. Would you require the exact numbers?
6) The fencing around the property cost approximately $50k. Would you require the exact number?
7) There are no buildings on the property.
8) The plant is going through the start-up and according to the schedule it will be operational by 07/01/2017.
9) Once operational, the facility will have 13 employees.
10) There are no other improvements.

Best regards,

Dmitry Popov
*VP Commercial*
Tel.:+1 (346) 201-55-
45 ext. 1010
Mob.:+1 (832) 846-60-15

**From:** Max Yu <max@hughlandrum.com>
**Date:** Wednesday, April 5, 2017 at 4:14 PM
**To:** Popov Dmitry <popov@infratechnology.com>
**Subject:** FW: Infra Tech Inspection.

Mr. Popov,

13

Just wanted to let you know I will not be in the office tomorrow or Friday. If you have any questions please email, as I will be checking it regularly.

Thank you,

*Max Yu*

Hugh L Landrum & Associates, Inc.

1110 Nasa Pkwy. Suite 400

Houston, TX 77058

(281) 549–6060 Office

(281) 549–6061 Fax

max@hughlandrum.com

**From:** Max Yu [mailto:max@hughlandrum.com]
**Sent:** Tuesday, April 04, 2017 11:17 AM
**To:** 'Popov Dmitry'
**Subject:** Infra Tech Inspection.

Hello Mr. Popov,

I appreciate you returning my call earlier.

As I mentioned before I will ask you a few questions regarding the property; this is for property tax purposes.

I did a little bit of research regarding Infra Tech. The plant at Wharton is a Infra M100, and if I am not mistaken its footprint is 4000 sq feet. It is a Gas to Liquid plant converting natural gas to liquid synthetic crude.

- Is this plant a pilot plant just for testing if the technology works? Or is will it be producing product at near or max capacity for commercial sales?

This message and any files transmitted with it is intended solely for the designated recipient and may contain privileged, proprietary or otherwise private information. Unauthorized use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. If you have received it in error, please notify the sender immediately and delete the original and any attachments.

14

- As of January 1st of 2017 was this plant complete?
  - How much was invested in this project?
- Is natural gas piped into the plant?
- Is there any future plans to increase capacity or efficiency in coming years?

- How much was invested into the infrastructure?
  - How much was the fencing around the property?
  - How much was the buildings on the property? If any.
- You mentioned on the phone that the plant is going through a start-up. When will the plant be fully operational?

- How many employees are employed at this facility?

- Is there any other improvements (buildings, guard shack, paving, etc.) that I did not mention?
  - If so, what was the cost.

I will be using this information to come up with a value of the plant for property tax purposes. If you have any questions, please feel free to email or call.

Thank you,

*Max Yu*

Hugh L. Landrum & Associates, Inc.
1110 Nasa Pkwy. Suite 400
Houston, TX 77058
(281) 549-6060 Office
(281) 549-6061 Fax
max@hughlandrum.com

This message and any files transmitted with it are intended solely for the designated recipient and may contain privileged, proprietary or otherwise private information. Unauthorized use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. If you have received it in error, please notify the sender immediately and delete the original and any attachments.

**Max Yu**

| | |
|---|---|
| **From:** | Max Yu <max@hughlandrum.com> |
| **Sent:** | Tuesday, March 19, 2019 9:03 AM |
| **To:** | 'Pablo Rendon' |
| **Subject:** | Infra Tech 2019 Update |

Good morning Pablo,

Can you give me a status update on the Infra Technology plant in Wharton?

Thank you,

*Max Yu*

Hugh L Landrum & Associates, Inc.
1110 Nasa Pkwy. Suite 400
Houston, TX 77058
(281) 549-6060 Office
(281) 549-6061 Fax
max@hughlandrum.com

This message and any files transmitted with it is intended solely for the designated recipient and may contain privileged, proprietary or otherwise private information. Unauthorized use, copying or distribution of this e-mail, in whole or in part, is strictly prohibited. If you have received it in error, please notify the sender immediately and delete the original and any attachments.

1

# Exhibit C

| Wharton **County Appraisal District** | Informal Interview Settlement Form | Tax Year **2018** |
|---|---|---|
| Form 1.111E (06/05 - HLA) | | |

| Name and Mailing Address of Property Owner | | |
|---|---|---|
| **Infra Technologies** **2323 South Shepherd Dr.** | WHCAD Account Number **R075900** | Property ID Number |
| City, State, ZIP + 4 **Houston, TX 77019** | Agent Information Dmitrii Popov | Code Reg # |
| Daytime Phone # of Property Owner (Include Area Code) | Legal Description of Property | |

Owner's Comments   —

Appraiser's Comments
### Value changed to account for plant start-up issues.

☐ Check for NO CHANGE

| Property Type | | Initial Market | Final Market | Initial Homestead Cap | Final Homestead Cap |
|---|---|---|---|---|---|
| Real Land: | | - | | - | - |
| | Improvement: | **13,476,530** | **8,759,745** | | - |
| | Total: | **13,476,530** | **8,759,745** | - | - |
| Agricultural/Restricted Value: | | N/A | N/A | | |
| Personal: | | | | - | - |

| Exemptions | Freeport | Special | Homestead | Vet (1) | Vet (2) |
|---|---|---|---|---|---|
| Initial: | - | - | N/A | N/A | N/A |
| Final: | - | - | - | - | - |

☐ **Agreement - Prior to Notice**
I agree to the action recommended above and waive my notice of appraised value and right to protest for the above tax year. I understand that the settled value set for the above will be final and not subject to further protest or appeal should the chief appraiser approve the agreement. I understand that I will be notified and will have an opportunity to protest in the event the agreement is not approved.

☑ **Agreement - After Notice**
I agree to the action recommended above. I understand that the settled value set forth above will be final and not subject to further protest or appeal should the chief appraiser approve the agreement. Contingent upon that approval, I withdraw my request, if applicable, and waive my right to further proceedings. I understand that I will be notified and will have an opportunity to pursue my protest to the Appraisal Review Board, if applicable, in the event the agreement is not approved.

☐ **No Agreement**
I disagree with the value proposed by the Wharton County Appraisal District and therefore request that the Appraisal Review Board accept this as my official notice of protest and schedule my account for a formal hearing.

☑ **Check if in Agreement**
I understand that this settlement will be sent to all appraisal districts responsible for appraising the subject property(ies). I furthermore agree that this settlement will be final as to those appraisal districts should they ratify this settlement.  Accordingly, I waive any right to appeal to the following district(s): _____

I own the property above or the owner has authorized me to represent the property.  I affirm under penalty of law that the information and documents I have presented to representatives of Wharton County Appraisal District are true and correct.  I understand that all such documents shall become part of the government record.

| Signature of Owner or Representative | Date **7/11/2018** |
|---|---|
| Appraiser        #74084   **Max Yu** | Supervisor      # | Chief Appraiser By   Date |

NOTE: Keep a copy for your records.  You will receive no further notice from WHCAD unless the Chief Appraiser disapproves this settlement.

# HUGH L. LANDRUM & ASSOCIATES, INC.

1110 NASA Parkway, Suite 400

Houston, Texas  77058

**Wharton County Appraisal District**

** REAL PROPERTY BREAKDOWN **

**BUSINESS NAME & MAILING ADDRESS:**

**REAL PROPERTY ACCOUNT #:**

Infra Technologies

R075900

Attn: Tax Dept.

**Location Address:**

2323 South Shepherd Drive

Infra Technologies

Houston, TX 77019

7391 US-59, Wharton, TX 77488

BREAKDOWN OF REAL PROPERTY LOCATED WITHIN THE CAD AS OF JANUARY 1, 2018

| REAL PROPERTY | 2017 100% Value | 2018 100% Value |
|---|---|---|
| 1. Improvements | 0 | 8,759,745 |
| 2. Machinery & Equipment | 0 | 0 |
| 3. Construction in Progress | 7,525,000 | -7,525,000 |
| 4. New Construction | 0 | 0 |
| **Total** | **7,525,000** | **1,234,745** | **8,759,745** |

* * * * * DOES NOT INCLUDE LAND VALUE * * * * *

Applied 35% obsolescence due to start-up issues.

Plant is mechanically complete

Signature of Appraiser

_04/02/18_

Date

_04/02/18_

Inspection Date

<u>Jurisdiction Codes</u>

GWH, SWH, JRC, RD1, ESD1,

ESD2, Cons Groundwater