

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
06/11/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **INFRA TECHNOLOGY, LLC** | § | **CASE NO. 19-31444** |
| | § | **CHAPTER 7** |
| | § | |
| **DEBTOR** | § | **JUDGE EDUARDO V. RODRIGUEZ** |

## ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY WITH JPMORGAN CHASE BANK, N.A. PURSUANT TO FRBP 9019

(Docket # 46)

CAME ON for consideration the Trustee's Motion to Compromise Controversy with JPMorgan Chase Bank, N.A., pursuant to FRBP 9019 (the "Motion") and the Court being of the opinion that the relief sought should be granted, it is therefore

ORDERED that the proposed settlement is APPROVED and the Trustee is hereby AUTHORIZED to enter into the settlement agreement set forth in Exhibit A attached to the Motion; it is further

ORDERED that the Trustee is AUTHORIZED to execute any and all documents necessary to consummate the foregoing.

Signed:  June 11, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge