IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-31444 |
| | § | |
| INFRA Technology LLC | § | |
| | § | |
| Debtor(s) | § | CHAPTER 7 |

## TAXING AUTHORITY'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 2

**YOU ARE HEREBY NOTIFIED** that **Wharton County Jr College District's** claim no. 2 in the amount of $26,899.55 is **WITHDRAWN**.

Date:   June 12, 2019

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**

/S/ Tara L. Grundemeier
**JOHN P. DILLMAN**
State Bar No. 05874400
**TARA L. GRUNDEMEIER**
State Bar No. 24036691
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3400 - Telephone
(713) 844-3503 - Telecopier

*Counsel for Wharton County Jr College District*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISON

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-31444 |
| | § | |
| **INFRA Technology LLC** | § | |
| | § | |
| Debtor(s) | § | CHAPTER 7 |

# CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **Taxing Authorities' Notice of Withdrawal of Proof of Claim No. 2** shall be served via electronic means if available, otherwise by regular, first class mail upon the following entities on **June 12, 2019**

Debtor(s)

INFRA Technology LLC
1980 Post Oak Blvd.
Suite 1500
Houston, TX 77056

Attorney in Charge for Debtor(s)

Megan M Adeyemo
Gordon & Rees LLP
2200 Ross Avenue
Suite 4100 West
Dallas, TX 75201

Trustee

US Trustee
Office of the US Trustee
515 Rusk Ave, Suite 3516
Houston, TX 77002

    */S/ Tara L. Grundemeier*
    Tara L. Grundemeier