

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/17/2019

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INFRA TECHNOLOGY, LLC | § | CASE NO. 19-31444 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE EDUARDO V. RODRIGUEZ |

### ORDER GRANTING TRUSTEE'S MOTION FOR DETERMINATION OF *AD VALOREM* PERSONAL PROPERTY TAX LIABILITY PURSUANT TO SECTION 505 OF THE BANKRUPTCY CODE

(Docket Number __49__)

CAME ON for consideration the *Trustee's Motion for Determination of Ad Valorem Personal Property Tax Liability Pursuant to Section 505 of the Bankruptcy Code* (the "Motion") and after consideration of the Motion and the agreement of the parties, it is therefore:

ORDERED that all capitalized terms used herein shall have the same meaning ascribed to them as set forth in the Motion; and it is further

ORDERED that the 2019 *ad valorem* personal property tax liabilities due and owing to all applicable taxing authorities in Wharton County, Texas[1] for Account Number R075900 is $33,269.00 (the "GTL Plant Taxes"); and it is further

ORDERED that the Trustee and/or closer is authorized to pay the Estate's *pro rata* share of the GTL Plant Taxes to the applicable taxing authorities from the proceeds of sale of the GTL Plant due at the time of closing of the sale of the GTL Plant; and it is further

ORDERED that the Trustee's payment of the amounts set forth above shall satisfy all of the Debtor's and Estate's liabilities for 2019 *ad valorem* personal property taxes related to Account Number R075900/ the GTL Plant to all applicable taxing authorities.

---

[1] This term includes, but is not limited to, Wharton County, Wharton I.S.D., Coast Bend Groundwater Dist., Wharton Co. ESD #1, Emergency Services Dist#3, Wharton County Jr. College and FM Road

Signed: June 17, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

AGREED TO:

/s/ Marc Douglas Myers

_____
Marc Douglas Myers
Ross, Banks, May, Cron & Cavin, P.C.
SBN 00797133
7700 San Felipe, Suite 550
Houston, Texas 77063
(713) 626-1200; (713) 623-6014 fax
mmyers@rossbanks.com
COUNSEL FOR THE TRUSTEE

/s/ Tara LeDay by permission MDM

_____
Tara LeDay
MVBA Law Firm
SBN 24106701
700 Jeffrey Way
Round Rock, Texas 78665-2413
(512) 323-3200
Tara.LeDay@mvbalaw.com
COUNSEL FOR WHARTON COUNTY