# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INFRA TECHNOLOGY, LLC | § | CASE NO. 19-31444 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE EDUARDO V. RODRIGUEZ |

## CLAIM WITHDRAWAL

1.      On May 14, 2019, Huseyin Turanli ("Claimant") filed proof of claim number 15 in the above-captioned case asserting a priority claim in the amount of $1,940.00 ("POC 15").

2.      On June 12, 2019, Claimant filed proof of claim number 19 in the above-captioned case asserting a priority claim in the amount of $2,107.35 ("POC 19")

3.      Claimant does hereby withdraw POC 15 only.

By: _____
Huseyin Turanli

Dated: 08/19/2019