IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| INFRA TECHNOLOGY, LLC | § | CASE NO. 19-31444 |
| | § | |
| Debtor | § | Chapter 7 |

## REPORT OF SALE

COMES NOW, Eva S. Engelhart, Chapter 7 Trustee of this Estate and files this Report of Sale and in support thereof would show the Court as follows:

1.  On June 13, 2019 an Order was entered (Doc. #65) a copy of which is attached hereto as Exhibit "A", authorizing the Trustee to sell real and personal of the estate described as

    a. Modular Plant on a 5.25 acre tract of land at 7391 US 59 Hwy., Wharton, TX 77488. and

    b. personal property of the estate.

2.  The property was sold to Mabert, LLC for $715,000.00 plus $2,200.00 insurance payment. A copy of the Sale Purchase Contract is attached hereto as Exhibit "B".

Dated this 21 day of August, 2019.

Respectfully submitted,

By: /s/ Eva S. Engelhart
Eva S. Engelhart - #00796513
Chapter 7 Trustee
7700 San Felipe, Suite 550
Houston, TX 77063
Tel: (713) 626-1200
Fax: (713_ 623-6014

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded to the Office of the United States Trustee, 515 Rusk Ave., Suite 3516, Houston, TX 77002 by United States Mail, first class postage prepaid, on this the 31 day of August, 2019.

/s/ Eva S. Engelhart
Eva S. Engelhart