

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/01/2019

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| INFRA TECHNOLOGY, LLC | § | CASE NO. 19-31444 |
| | § | CHAPTER 7 |
| | § | |
| DEBTOR | § | JUDGE EDUARDO V. RODRIGUEZ |

## ORDER GRANTING MOTION TO PAY ADMINISTRATIVE CLAIM OF THE CITY OF WHARTON

(Docket # 91)

CAME ON for consideration the above titled motion and the Court being of the opinion that the relief sought should be granted, it is therefore:

ORDERED that the City of Wharton is granted an administrative claim in this bankruptcy case in the amount of $1,406.70 and that the Trustee is hereby authorized to pay such amount on a full and final basis.

Signed: November 01, 2019

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge