UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 19-31444 |
|---|---|---|
| | § | |
| INFRA TECHNOLOGY LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Eva Engelhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $24,638.25 | Assets Exempt: | $0.00 |
| Total Distributions to Claimants: | $295,147.71 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $455,600.69 | | |

3) Total gross receipts of $750,748.40 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $750,748.40 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,959,073.08 | $28,292,448.42 | $125,000.00 | $125,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $455,600.69 | $455,600.69 | $455,600.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $50,775.32 | $18,973.19 | $17,164.43 | $17,164.43 |
| General Unsecured Claims (from **Exhibit 7**) | $11,234,661.78 | $10,686,853.94 | $407,643.48 | $152,983.28 |
| **Total Disbursements** | $13,244,510.18 | $39,453,876.24 | $1,005,408.60 | $750,748.40 |

4). This case was originally filed under chapter 7 on 03/14/2019. The case was pending for 24 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/04/2021                              By:   /s/ Eva Engelhart
                                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| modular GTL plant (CONSTRUCTION IN PROGRESS) on 5.25 acres tract of land at 7391 US-59 Hwy Wharton, TX 77488 | 1110-000 | $717,200.00 |
| Dental and vision insurance - Humana Insurance Co., PO Box 3024, Milwaukee, WI 53201-3024. Contact: ph. (800) 232-2006. | 1129-000 | $343.68 |
| Rent security deposit. Principal RE Holdings | 1129-000 | $10,137.31 |
| Workers' Comp Insurance - Texas Mutual Insurance Company, 6210 E Highway 290, Austin, TX 78723-1098. Contact: ph (800) 8 | 1129-000 | $7,715.81 |
| Refund from rental of previous office space. | 1229-000 | $63.47 |
| TWC refund | 1229-000 | $758.13 |
| Preference settlement, Chase Bank | 1249-000 | $14,530.00 |
| **TOTAL GROSS RECEIPTS** | | **$750,748.40** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | Harris County et al. | 4110-000 | $0.00 | $2,263.89 | $0.00 | $0.00 |
| 2 | Wharton Co Jr Coll Dist | 4110-000 | $0.00 | $26,899,055.00 | $0.00 | $0.00 |
| 3 | Wharton Co Jr Coll Dist | 4110-000 | $0.00 | $26,899.55 | $0.00 | $0.00 |
| 10-1 | Wharton County | 4110-000 | $0.00 | $8,872.22 | $0.00 | $0.00 |
| 10-2 | Wharton County | 4110-000 | $0.00 | $375,790.49 | $0.00 | $0.00 |
| 10-3 | Wharton County | 4110-000 | $0.00 | $428,414.59 | $0.00 | $0.00 |
| 10-4 | Wharton County | 4110-000 | $0.00 | $426,152.68 | $0.00 | $0.00 |
|  | Order Entered 6/11/19, Doc # 60Court Ordered Lien Settlement to AWS Engineering & Construction LLC | 4210-000 | $0.00 | $125,000.00 | $125,000.00 | $125,000.00 |
|  | American Welding Services | 4110-000 | $1,940,400.68 | $0.00 | $0.00 | $0.00 |
|  | CleanCo Systems | 4110-000 | $18,672.40 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,959,073.08** | **$28,292,448.42** | **$125,000.0** | **$125,000.00** |

UST Form 101-7-TDR (10/1/2010)

|  | 0 |
|---|---|

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Eva Engelhart, Trustee | 2100-000 | NA | $40,787.42 | $40,787.42 | $40,787.42 |
| Eva Engelhart, Trustee | 2200-000 | NA | $343.30 | $343.30 | $343.30 |
| International Sureties, Ltd. | 2300-000 | NA | $126.65 | $126.65 | $126.65 |
| Trustee Insurance Agency | 2420-000 | NA | $2,200.00 | $2,200.00 | $2,200.00 |
| Copies to Mid-Coast Title Co | 2500-000 | NA | $79.56 | $79.56 | $79.56 |
| Policy Guarantee Fee to First Western Title | 2500-000 | NA | $2.00 | $2.00 | $2.00 |
| Reimbursement of Out of Pocket Expenses to Infra Synthetic Fuels, Inc. | 2500-000 | NA | $27,851.31 | $27,851.31 | $27,851.31 |
| Settlement of Closing Fee to C.R. Hoge, P.C. | 2500-000 | NA | $575.00 | $575.00 | $575.00 |
| Tax Certificates to Lawyers Tax Ltd. | 2500-000 | NA | $75.00 | $75.00 | $75.00 |
| Title Insurance to First Western Title | 2500-000 | NA | $1,468.00 | $1,468.00 | $1,468.00 |
| 2018 Taxes R074403 to Wharton County Tax Assessor | 2820-000 | NA | $3,428.70 | $3,428.70 | $3,428.70 |
| 2018 Taxes R075900 to Wharton County Tax Assesor | 2820-000 | NA | $190,317.42 | $190,317.42 | $190,317.42 |
| Taxes Acct R0075900 1/1/19 to 7/22/19 | 2820-000 | NA | $18,411.88 | $18,411.88 | $18,411.88 |
| Taxes Acct R074403 1/1/19 to 7/22/19 | 2820-000 | NA | $1,709.48 | $1,709.48 | $1,709.48 |
| City of Wharton | 2990-000 | NA | $1,406.70 | $1,406.70 | $1,406.70 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee | 3110-000 | NA | $42,700.00 | $42,700.00 | $42,700.00 |
| Ross, Banks, May, Cron & Cavin, PC, Attorney for Trustee | 3120-000 | NA | $1,224.45 | $1,224.45 | $1,224.45 |
| Matthew J. Borror, Special Counsel for Trustee | 3210-600 | NA | $6,090.00 | $6,090.00 | $6,090.00 |
| Matthew J. Borror, | 3220-610 | NA | $73.00 | $73.00 | $73.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Special Counsel for Trustee | | | | | |
| William G. West, C.P.A., Accountant for Trustee | 3410-000 | NA | $23,629.00 | $23,629.00 | $23,629.00 |
| William G. West, C.P.A., Accountant for Trustee | 3420-000 | NA | $247.10 | $247.10 | $247.10 |
| Order Entered 4/1/19, Doc # 18Auctioneer Commission paid at Settlement, Auctioneer for Trustee | 3610-000 | NA | $71,500.00 | $71,500.00 | $71,500.00 |
| Order Entered 4/1/19, Doc # 18Reimbursement of Out of Pocket Expenses to Tarzon Asset Advisors, Auctioneer for Trustee | 3620-000 | NA | $21,354.72 | $21,354.72 | $21,354.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $455,600.69 | $455,600.69 | $455,600.69 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-2 | Harris County et al. | 5800-000 | $0.00 | $2,263.89 | $2,263.89 | $2,263.89 |
| 6-2 | IRS | 5800-000 | $0.00 | $343.04 | $0.00 | $0.00 |
| 6-3 | IRS | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6-1 | IRS | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | TEXAS WORKFORCE COMMISSION | 5800-000 | $0.00 | $1,465.72 | $0.00 | $0.00 |
| 11 | Jack C Haynie | 5400-000 | $0.00 | $2,416.11 | $2,416.11 | $2,416.11 |
| 12-1(p) | Dmitrii Popov | 5300-000 | $0.00 | $7,277.20 | $7,277.20 | $4,464.56 |
| 13-1(p) | Nicholas Boyd | 5300-000 | $0.00 | $1,869.25 | $1,869.25 | $1,146.79 |
| 19 | Huseyin Turan Turanli | 5300-000 | $0.00 | $2,107.35 | $2,107.35 | $1,292.85 |
| | INTERNAL REVENUE SERVICE Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $3,488.68 |
| | INTERNAL REVENUE | 5300-000 | $0.00 | $0.00 | $0.00 | $163.18 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| SERVICE Medicare (Employee) | | | | | |
| INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $697.74 |
| Dmitrii Popov | 5800-000 | $42,586.82 | $0.00 | $0.00 | $0.00 |
| Huseyin Turanli | 5800-000 | $2,436.68 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | 5800-000 | $0.00 | $65.86 | $65.86 | $65.86 |
| INTERNAL REVENUE SERVICE Medicare (Employer) | 5800-000 | $0.00 | $163.18 | $163.18 | $163.18 |
| INTERNAL REVENUE SERVICE Social Security (Employer) | 5800-000 | $0.00 | $697.74 | $697.74 | $697.74 |
| Jack Haynie | 5800-000 | $2,416.11 | $0.00 | $0.00 | $0.00 |
| Nicholas Boyd | 5800-000 | $3,160.71 | $0.00 | $0.00 | $0.00 |
| Pablo Rendon | 5800-000 | $175.00 | $0.00 | $0.00 | $0.00 |
| TEXAS WORKFORCE COMMISSION State Unemployment (Employer) | 5800-000 | $0.00 | $303.85 | $303.85 | $303.85 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $50,775.32 | $18,973.19 | $17,164.43 | $17,164.43 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Praxair Distribution Inc. | 7100-000 | $0.00 | $42,295.13 | $42,295.13 | $16,126.36 |
| 5 | R. W. Smith & Co. Inc. | 7100-000 | $0.00 | $342.80 | $342.80 | $130.70 |
| 8 | City of Wharton | 7100-000 | $0.00 | $3,832.74 | $3,832.74 | $1,461.35 |
| 9-1 | Turner Stone & Company | 7100-000 | $0.00 | $19,422.29 | $0.00 | $0.00 |
| 9-2 | Turner Stone & Company | 7100-000 | $0.00 | $17,500.00 | $17,500.00 | $6,672.43 |
| 12-1(u) | Dmitrii Popov | 7100-000 | $0.00 | $35,309.62 | $35,309.62 | $13,462.91 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13-1(u) | Nicholas Boyd | 7100-000 | $0.00 | $1,291.46 | $1,291.46 | $492.41 |
| 14 | Pioneer Funding Group, LLC | 7100-000 | $0.00 | $17,700.00 | $17,700.00 | $6,748.68 |
| 15 | Huseyin Turan Turanli | 7100-000 | $0.00 | $1,940.00 | $0.00 | $0.00 |
| 16-1 | INFRA XTL Technology LTD | 7100-000 | $0.00 | $10,257,848.17 | $0.00 | $0.00 |
| 16-2 | INFRA XTL Technology LTD | 7100-000 | $0.00 | $131,000.00 | $131,000.00 | $49,947.88 |
| 17 | Innovation Safety Solutions | 7100-000 | $0.00 | $24,500.00 | $24,500.00 | $9,341.40 |
| 18 | Enterprise Products Operating LLC | 7100-000 | $0.00 | $87,334.42 | $87,334.42 | $33,299.00 |
| 20 | MARK A KIRKORSKY P.C. | 7100-000 | $0.00 | $11,448.91 | $11,448.91 | $4,365.26 |
| 21 | Apache Industrial Services | 7100-000 | $0.00 | $28,679.33 | $28,679.33 | $10,934.90 |
| 22 | Lightning Bolt & Supply Inc. | 7200-000 | $0.00 | $4,931.28 | $4,931.28 | $0.00 |
| 23 | Mobile Modular Management Corporation | 7200-000 | $0.00 | $1,477.79 | $1,477.79 | $0.00 |
| | Allstar Sanitation Services | 7100-000 | $6,786.00 | $0.00 | $0.00 | $0.00 |
| | Ann Harris Bennett | 7100-000 | $1,180.69 | $0.00 | $0.00 | $0.00 |
| | Apache Industrial Services | 7100-000 | $9,539.12 | $0.00 | $0.00 | $0.00 |
| | Aspen Technology | 7100-000 | $41,220.52 | $0.00 | $0.00 | $0.00 |
| | Blue Cross Blue Shield of Texas | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Carey Boiler Works | 7100-000 | $17,000.00 | $0.00 | $0.00 | $0.00 |
| | Cintas | 7100-000 | $400.86 | $0.00 | $0.00 | $0.00 |
| | City of Wharton | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Cook Compression | 7100-000 | $5,347.98 | $0.00 | $0.00 | $0.00 |
| | Cross Roads Oil Field Supply | 7100-000 | $9,133.32 | $0.00 | $0.00 | $0.00 |
| | Crystal Clean | 7100-000 | $1,880.88 | $0.00 | $0.00 | $0.00 |
| | Culligan | 7100-000 | $4,187.84 | $0.00 | $0.00 | $0.00 |
| | Enterprise Products | 7100-000 | $87,334.42 | $0.00 | $0.00 | $0.00 |
| | GBSM Service and Management | 7100-000 | $15,600.00 | $0.00 | $0.00 | $0.00 |
| | Grace Utley, TAC | 7100-000 | $4,519.00 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| H&E Equipment Services, Inc | 7100-000 | $37,883.21 | $0.00 | $0.00 | $0.00 |
| Haldor Topsoe | 7100-000 | $12,500.00 | $0.00 | $0.00 | $0.00 |
| Hoerbiger Service Inc | 7100-000 | $6,221.28 | $0.00 | $0.00 | $0.00 |
| INFRA XTL Technology LTD | 7100-000 | $10,660,755.53 | $0.00 | $0.00 | $0.00 |
| Innovation Safety Solutions | 7100-000 | $14,000.00 | $0.00 | $0.00 | $0.00 |
| Instrumart | 7100-000 | $860.00 | $0.00 | $0.00 | $0.00 |
| IRS | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Lightning Bold & Supply Inc | 7100-000 | $4,931.28 | $0.00 | $0.00 | $0.00 |
| Logix | 7100-000 | $868.15 | $0.00 | $0.00 | $0.00 |
| Martin Electric Co. Inc | 7100-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| MidAmerican Energy Services | 7100-000 | $2,145.62 | $0.00 | $0.00 | $0.00 |
| Mobile Modular Portable Stroage | 7100-000 | $1,477.79 | $0.00 | $0.00 | $0.00 |
| Nalco Company | 7100-000 | $5,691.45 | $0.00 | $0.00 | $0.00 |
| NetWolves | 7100-000 | $3,630.20 | $0.00 | $0.00 | $0.00 |
| Oak, Hartline & Daly | 7100-000 | $875.00 | $0.00 | $0.00 | $0.00 |
| Praxair | 7100-000 | $33,595.13 | $0.00 | $0.00 | $0.00 |
| Quincy Compressor | 7100-000 | $4,400.00 | $0.00 | $0.00 | $0.00 |
| RW Smith | 7100-000 | $342.80 | $0.00 | $0.00 | $0.00 |
| Satellite Shelters | 7100-000 | $7,503.41 | $0.00 | $0.00 | $0.00 |
| Saybolt LP | 7100-000 | $5,565.00 | $0.00 | $0.00 | $0.00 |
| Saybolt LP | 7100-000 | $535.25 | $0.00 | $0.00 | $0.00 |
| Terminix | 7100-000 | $893.06 | $0.00 | $0.00 | $0.00 |
| Texas Mutual Insurance Company | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Timeline Logistics | 7100-000 | $360.00 | $0.00 | $0.00 | $0.00 |
| Turner Stone & Company | 7100-000 | $19,135.26 | $0.00 | $0.00 | $0.00 |
| ULine | 7100-000 | $653.00 | $0.00 | $0.00 | $0.00 |
| United Rentals | 7100-000 | $11,448.91 | $0.00 | $0.00 | $0.00 |
| Vcorp | 7100-000 | $190.00 | $0.00 | $0.00 | $0.00 |
| Wastewater Transport Services | 7100-000 | $1,695.00 | $0.00 | $0.00 | $0.00 |
| Wharton County Tax Office | 7100-000 | $186,888.25 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Williams Scotsman | 7100-000 | $4,886.57 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $11,234,661.78 | $10,686,853.94 | $407,643.48 | $152,983.28 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1          Exhibit 8

| Case No.: | 19-31444-H3-7 | Trustee Name: | Eva Engelhart |
|---|---|---|---|
| Case Name: | INFRA TECHNOLOGY, LLC | Date Filed (f) or Converted (c): | 03/14/2019 (f) |
| For the Period Ending: | 3/4/2021 | §341(a) Meeting Date: | 04/25/2019 |
| | | Claims Bar Date: | 07/15/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | modular GTL plant (CONSTRUCTION IN PROGRESS) on 5.25 acres tract of land at 7391 US-59 Hwy Wharton, TX 77488 | $1,947,127.40 | $0.00 | | $717,200.00 | FA |
| 2 | Greenbank Checking 4592 | $5.96 | $5.96 | | $0.00 | FA |
| 3 | Chase Bank Checking 7386 | $586.97 | $586.97 | | $0.00 | FA |
| 4 | Rent security deposit. Principal RE Holdings | $9,818.96 | $9,818.96 | | $10,137.31 | FA |
| 5 | HYSYS license, Aspen Technology | $24,045.32 | $24,045.32 | | $0.00 | FA |
| **Asset Notes:** | Not owned by debtor | | | | | |
| 6 | Workers' Comp Insurance - Texas Mutual Insurance Company, 6210 E Highway 290, Austin, TX 78723-1098. Contact: ph (800) 859-5995, fax (512) 224-3090. Policy number 0001279451. Agent: Kingsbury Insurance Agency Inc., 2050 North Loop W Set 110, Houston, TX 77018, Jacqueline Kingsbury, ph. (713) 682-8600, fax (713) 682-8610 | $0.00 | $0.00 | | $7,715.81 | FA |
| 7 | Medical insurance, Blue Cross Blue Shield of Texas - Health Care Service Corporation, PO Box 731428, Dallas, TX 75373-1428. Contact: ph. (800) 445-2227. Account 166811. Profile 0000564546. | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Dental and vision insurance - Humana Insurance Co., PO Box 3024, Milwaukee, WI 53201-3024. Contact: ph. (800) 232-2006. Billing ID 863716-001 | $0.00 | $0.00 | | $343.68 | FA |
| 9 | TWC refund (u) | $0.00 | $0.00 | | $758.13 | FA |
| 10 | Preference settlement, Chase Bank (u) | $0.00 | $14,530.00 | | $14,530.00 | FA |
| 11 | Refund from rental of previous office space. (u) | $0.00 | $63.47 | | $63.47 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$1,981,584.61          $49,050.68          $750,748.40          $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| | |
|---|---|
| **Case No.:** | 19-31444-H3-7 |
| **Case Name:** | INFRA TECHNOLOGY, LLC |
| **For the Period Ending:** | 3/4/2021 |

| | |
|---|---|
| **Trustee Name:** | Eva Engelhart |
| **Date Filed (f) or Converted (c):** | 03/14/2019 (f) |
| **§341(a) Meeting Date:** | 04/25/2019 |
| **Claims Bar Date:** | 07/15/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**
waiting for zero balance bank statement to proceed with TDR
Preparing TFR
Claim objections work.
Claims review
Plant sale pending

Initial Projected Date Of Final Report (TFR):   12/31/2020    Current Projected Date Of Final Report (TFR):   12/31/2020

/s/ EVA ENGELHART
EVA ENGELHART

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-31444-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | INFRA TECHNOLOGY, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2520 | | Checking Acct #: | ******1444 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Infra Technology |
| For Period Beginning: | 3/14/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/04/2019 | (8) | Humana | Refund Termed Account credit | 1129-000 | $343.68 | | $343.68 |
| 06/12/2019 | (1) | Robert Kevin Jones | Doc. #62, Order entered 06/25/19, Doc. #76 Insurance payment remittance | 1110-000 | $2,200.00 | | $2,543.68 |
| 06/19/2019 | (9) | Texas Comptroller of Public Accounts | TWC refund | 1229-000 | $758.13 | | $3,301.81 |
| 06/20/2019 | (10) | JPMorgan Chase & Co | Order Entered 6/11/19, Doc # 61 | 1249-000 | $14,530.00 | | $17,831.81 |
| 06/25/2019 | 3001 | Trustee Insurance Agency | Order Entered 6/25/19, Doc # 76 Insurance for the Estate | 2420-000 | | $2,200.00 | $15,631.81 |
| 06/28/2019 | (6) | Texas Mutual Workers' Compensation Insurance | Policyholder Dividends-HRO | 1129-000 | $5,984.94 | | $21,616.75 |
| 07/08/2019 | (4) | Principal Life Insurance Company | Security Deposit | 1129-000 | $10,137.31 | | $31,754.06 |

| | | | | SUBTOTALS | $33,954.06 | $2,200.00 | |

Page No: 2  Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31444-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | INFRA TECHNOLOGY, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2520 | | Checking Acct #: | ******1444 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Infra Technology |
| For Period Beginning: | 3/14/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/23/2019 | | First Western Title Acquisition | Order Entered 6/13/19, Doc # 65  Sale of property | * | $253,226.93 | | $284,980.99 |
| | {1} | | Contract Sales Price  $207,000.00 | 1110-000 | | | $284,980.99 |
| | {1} | | Personal Property  $436,500.00 | 1110-000 | | | $284,980.99 |
| | {1} | | 10% Buyers Premium  $71,500.00 | 1110-000 | | | $284,980.99 |
| | | | Order Entered 4/1/19, Doc # 18  Auctioneer Commission paid at Settlement  $(71,500.00) | 3610-000 | | | $284,980.99 |
| | | | Settlement of Closing Fee to C.R. Hoge, P.C.  $(575.00) | 2500-000 | | | $284,980.99 |
| | | | Copies to Mid-Coast Title Co  $(79.56) | 2500-000 | | | $284,980.99 |
| | | | Title Insurance to First Western Title  $(1,468.00) | 2500-000 | | | $284,980.99 |
| | | | Policy Guarantee Fee to First Western Title  $(2.00) | 2500-000 | | | $284,980.99 |
| | | | Tax Certificates to Lawyers Tax Ltd.  $(75.00) | 2500-000 | | | $284,980.99 |
| | | | 2018 Taxes R074403 to Wharton County Tax Assessor  $(3,428.70) | 2820-000 | | | $284,980.99 |
| | | | 2018 Taxes R075900 to Wharton County Tax Assesor  $(190,317.42) | 2820-000 | | | $284,980.99 |
| | | | Order Entered 4/1/19, Doc # 18  Reimbursement of Out of Pocket Expenses to Tarzon Asset Advisors  $(21,354.72) | 3620-000 | | | $284,980.99 |
| | | | Reimbursement of Out of Pocket Expenses to Infra Synthetic Fuels, Inc.  $(27,851.31) | 2500-000 | | | $284,980.99 |
| | | | Order Entered 6/11/19, Doc # 60  Court Ordered Lien Settlement to AWS Engineering & Construction LLC  $(125,000.00) | 4210-000 | | | $284,980.99 |
| | | | Taxes Acct R074403 1/1/19 to 7/22/19  $(1,709.48) | 2820-000 | | | $284,980.99 |
| | | | Taxes Acct R0075900 1/1/19 to 7/22/19  $(18,411.88) | 2820-000 | | | $284,980.99 |
| 07/30/2019 | (6) | Texas Mutual Workers' Compensation Insurance | Workers Comp Refund | 1129-000 | $75.71 | | $285,056.70 |

SUBTOTALS  $253,302.64  $0.00

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-31444-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | INFRA TECHNOLOGY, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2520 | | Checking Acct #: | ******1444 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Infra Technology |
| For Period Beginning: | 3/14/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/26/2019 | 3002 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 8/21/19, Doc # 86<br>Attorney Fees | 3110-000 | | $34,855.00 | $250,201.70 |
| 08/26/2019 | 3003 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 8/21/19, Doc # 86<br>Attorney Expenses | 3120-000 | | $642.10 | $249,559.60 |
| 10/08/2019 | 3004 | International Sureties, Ltd. | Bond Premium: 10/1/19-10/1/20<br>Bond # 016071777 | 2300-000 | | $126.65 | $249,432.95 |
| 10/21/2019 | 3005 | Matthew J. Borror | Order Entered 10/17/19, Doc # 92<br>Special ERISA Counsel Fees | 3210-600 | | $6,090.00 | $243,342.95 |
| 10/21/2019 | 3006 | Matthew J. Borror | Order Entered 10/17/19, Doc # 92<br>Special ERISA Counsel Expenses | 3220-610 | | $73.00 | $243,269.95 |
| 11/04/2019 | 3007 | City of Wharton | Order Entered 11/01/19, Doc # 95<br>Administrative Claim | 2990-000 | | $1,406.70 | $241,863.25 |
| 01/20/2020 | (6) | Integrity Insurance Solutions | Insurance premium return | 1129-000 | $1,655.16 | | $243,518.41 |
| 03/13/2020 | 3008 | William G. West, C.P.A. | Order Entered 3/13/20, Doc # 101<br>Accountant Fees | 3410-000 | | $23,629.00 | $219,889.41 |
| 03/13/2020 | 3009 | William G. West, C.P.A. | Order Entered 3/13/20, Doc # 101<br>Accountant Expenses | 3420-000 | | $247.10 | $219,642.31 |
| 03/31/2020 | 3010 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 3/30/20, Doc # 103<br>Attorney Fees | 3110-000 | | $7,845.00 | $211,797.31 |
| 03/31/2020 | 3011 | Ross, Banks, May, Cron & Cavin, PC | Order Entered 3/30/20, Doc # 103<br>Attorney Expenses | 3120-000 | | $582.35 | $211,214.96 |
| 05/05/2020 | (11) | Principal Life Insurance Company | Refund from rental of previous office space. | 1229-000 | $63.47 | | $211,278.43 |
| 10/14/2020 | | Internal Revenue Service | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Federal Income Tax Withholding for 941 | 5300-000 | | $4,349.60 | $206,928.83 |
| | | | | **SUBTOTALS** | **$1,718.63** | **$79,846.50** | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31444-H3-7 | | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|---|
| Case Name: | INFRA TECHNOLOGY, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2520 | | | Checking Acct #: | ******1444 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Infra Technology |
| For Period Beginning: | 3/14/2019 | | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/4/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2020 | | Internal Revenue Service | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Social Security, Medicare and FUTA | 5800-000 | | $926.78 | $206,002.05 |
| 10/14/2020 | 3012 | Eva Engelhart | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Trustee Compensation | 2100-000 | | $40,787.42 | $165,214.63 |
| 10/14/2020 | 3013 | Eva Engelhart | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Trustee Expenses | 2200-000 | | $343.30 | $164,871.33 |
| 10/14/2020 | 3016 | Texas Workforce Commission | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>State Unemployment Tax | 5800-000 | | $303.85 | $164,567.48 |
| 10/14/2020 | 3017 | Harris County et al. | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 1 | 5800-000 | | $2,263.89 | $162,303.59 |
| 10/14/2020 | 3018 | Praxair Distribution Inc. c/o RMS (an iQor Company) | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 4 | 7100-000 | | $16,126.36 | $146,177.23 |
| | | | SUBTOTALS | | $0.00 | $60,751.60 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31444-H3-7 | | | Trustee Name: | Eva Engelhart |
| --- | --- | --- | --- | --- | --- |
| Case Name: | INFRA TECHNOLOGY, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2520 | | | Checking Acct #: | ******1444 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Infra Technology |
| For Period Beginning: | 3/14/2019 | | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/4/2021 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2020 | 3019 | R. W. Smith & Co. Inc. | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 5 | 7100-000 | | $130.70 | $146,046.53 |
| 10/14/2020 | 3020 | City of Wharton | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 8 | 7100-000 | | $1,461.35 | $144,585.18 |
| 10/14/2020 | 3021 | Turner Stone & Company | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 9 | 7100-000 | | $6,672.43 | $137,912.75 |
| 10/14/2020 | 3022 | Jack C Haynie | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 11 | 5400-000 | | $2,416.11 | $135,496.64 |
| 10/14/2020 | 3023 | Dmitrii Popov | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 12 | 5300-000 | | $4,464.56 | $131,032.08 |
| 10/14/2020 | 3024 | Dmitrii Popov | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 12 | 7100-000 | | $13,462.91 | $117,569.17 |
| | | | SUBTOTALS | | $0.00 | $28,608.06 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-31444-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | INFRA TECHNOLOGY, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2520 | | Checking Acct #: | ******1444 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Infra Technology |
| For Period Beginning: | 3/14/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2020 | 3025 | Nicholas Boyd | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 13 | 5300-000 | | $1,146.79 | $116,422.38 |
| 10/14/2020 | 3026 | Nicholas Boyd | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 13 | 7100-000 | | $492.41 | $115,929.97 |
| 10/14/2020 | 3027 | Pioneer Funding Group, LLC | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 14 | 7100-000 | | $6,748.68 | $109,181.29 |
| 10/14/2020 | 3028 | INFRA XTL Technology LTD | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 16 | 7100-000 | | $49,947.88 | $59,233.41 |
| 10/14/2020 | 3029 | Innovation Safety Solutions | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 17 | 7100-000 | | $9,341.40 | $49,892.01 |
| 10/14/2020 | 3030 | Enterprise Products Operating LLC | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 18 | 7100-000 | | $33,299.00 | $16,593.01 |
| | | | **SUBTOTALS** | | $0.00 | $100,976.16 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-31444-H3-7 | | Trustee Name: | Eva Engelhart |
|---|---|---|---|---|
| Case Name: | INFRA TECHNOLOGY, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***2520 | | Checking Acct #: | ******1444 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Infra Technology |
| For Period Beginning: | 3/14/2019 | | Blanket bond (per case limit): | $77,534,000.00 |
| For Period Ending: | 3/4/2021 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/14/2020 | 3031 | Huseyin Turan Turanli | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 19 | 5300-000 | | $1,292.85 | $15,300.16 |
| 10/14/2020 | 3032 | MARK A KIRKORSKY P.C. | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 20 | 7100-000 | | $4,365.26 | $10,934.90 |
| 10/14/2020 | 3033 | Apache Industrial Services | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 21 | 7100-000 | | $10,934.90 | $0.00 |
| 01/12/2021 | 3033 | STOP PAYMENT: Apache Industrial Services | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 21 | 7100-004 | | ($10,934.90) | $10,934.90 |
| 01/13/2021 | 3034 | Apache Industrial Services | Order Entered 9/23/20, Doc # 114<br>Order Entered 9/28/20, Doc # 116<br>Ch 7 Trustee's Rpt of Distribution (ROD) 10/8/20, Doc #118<br>Distribution on Claim #: 21 | 7100-000 | | $10,934.90 | $0.00 |

| | | | SUBTOTALS | | $0.00 | $16,593.01 |
|---|---|---|---|---|---|---|

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 8     Exhibit 9

| | |  | |
|---|---|---|---|
| **Case No.** | 19-31444-H3-7 | **Trustee Name:** | Eva Engelhart |
| **Case Name:** | INFRA TECHNOLOGY, LLC | **Bank Name:** | Independent Bank |
| **Primary Taxpayer ID #:** | **-***2520 | **Checking Acct #:** | ******1444 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Infra Technology |
| **For Period Beginning:** | 3/14/2019 | **Blanket bond (per case limit):** | $77,534,000.00 |
| **For Period Ending:** | 3/4/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | TOTALS: | | $288,975.33 | $288,975.33 | $0.00 |
| | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | Subtotal | | $288,975.33 | $288,975.33 | |
| | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | Net | | $288,975.33 | $288,975.33 | |

**For the period of 3/14/2019 to 3/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $750,748.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750,748.40 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $750,748.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $750,748.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/03/2019 to 3/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $750,748.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750,748.40 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $750,748.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $750,748.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 9    Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 19-31444-H3-7 | |
| **Case Name:** | INFRA TECHNOLOGY, LLC | |
| **Primary Taxpayer ID #:** | **-***2520 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 3/14/2019 | |
| **For Period Ending:** | 3/4/2021 | |

| | | |
|---|---|---|
| **Trustee Name:** | Eva Engelhart | |
| **Bank Name:** | Independent Bank | |
| **Checking Acct #:** | ******1444 | |
| **Account Title:** | Infra Technology | |
| **Blanket bond (per case limit):** | $77,534,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $288,975.33 | $288,975.33 | $0.00 |

**For the period of 3/14/2019 to 3/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $750,748.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750,748.40 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $750,748.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $750,748.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 03/14/2019 to 3/4/2021**

| | |
|---|---|
| Total Compensable Receipts: | $750,748.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $750,748.40 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $750,748.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $750,748.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ EVA ENGELHART

EVA ENGELHART